DISTRICT COURT OF THE UNITED STATES
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-cv-595-FDW

| LOWELL MASON VARNEY, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| FNU MULLISK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on a periodic status review. The sole remaining Defendant, Uris Bennett, has not filed an Answer or otherwise responded in this pro se action brought by Plaintiff, and the time to do so has passed. Defendant Bennett is alleged to have been at all relevant times a Correctional Officer at Lanesboro Correctional Institution.

IT IS HEREBY ORDERED that, within thirty days of this Order, the North Carolina Attorney General shall inform the Court whether it intends to make an appearance on behalf of Defendant Bennett. The Clerk of this Court is instructed to mail a copy of this Order to the North Carolina Attorney General.

Signed: August 19, 2015

Frank D. Whitney
Chief United States District Judge