DISTRICT COURT OF THE UNITED STATES
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-cv-595-FDW

| | | |
|---|---|---|
| LOWELL MASON VARNEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| FNU MULLISK, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion to Compel Discovery, (Doc.

No. 53). Plaintiff filed the motion to compel on February 4, 2016, stating that he submitted

interrogatories that were directed to various non-parties in this action, and that his interrogatories

have not been answered. Plaintiff's motion to compel is denied, as Uris Bennett, the sole

remaining Defendant in this action, is not responsible for answering interrogatories directed to a

non-party.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion to Compel Discovery, (Doc.

No. 53), is **DENIED**.

Frank D. Whitney
Chief United States District Judge

1